UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-

DERAR HAJJAT,
                        Defendant.
----------------------------------------------------------X

18 cr 121 (JGK)

**ORDER**

The Government has opposed the defendant's request for an early termination of probation. However, the defendant's request was supported by the Probation Department and was granted by the Part I judge on January 2, 2020. The Court sees no reason to reconsider that decision

The Government's opposition is therefore denied as moot.

**SO ORDERED.**

                                                  **JOHN G. KOELTL**
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
           January 14, 2020

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2020